B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Mexico

**In re** Mary Jo Elsie Schlanger

Case No. _____

**Debtor**

Chapter 7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   [ ] FLAT FEE

   For legal services, I have agreed to accept ............................. $_____

   Prior to the filing of this statement I have received ..................... $_____

   Balance Due .................................................... $_____

   [✔] RETAINER

   For legal services, I have agreed to accept a retainer of .................. $ 1,500.00

   The undersigned shall bill against the retainer at an hourly rate of ......... $ 175.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor      [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]
Preparation and filing of statements and schedules, 341 meeting of creditors, and reaffirmation agreements.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Objections to the debtor's discharge, or to the dischargeability of certain debts, requests by creditors to modify the automatic stay, adjourned 341 meetings of creditors where the adjournment is caused by the debtor's failure to attend without prior notice.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/04/2019

*Date*

/s/ Joel Gaffney, 148966

*Signature of Attorney*

Gaffney Law, PC

*Name of law firm*

6565 America's Parkway
200
Albuquerque, NM 87110
joel@gaffneylaw.com